1 The People of the State of Colorado, Petitioner/Cross-Respondent In the Interest of Minor Children: Jay.J.L. and Jac.J.L., and Petitioner/Cross-Respondent Jay.J.L. and Jac.J.L., children, v. J.M.G., and Respondent/Cross-Petitioner B.J.L. Respondent No. 22SC348
Supreme Court of Colorado, En Banc
August 15, 2022

 Court
 of Appeals Case No. 21CA659

 Petitions
 and Cross-Petition for Writ of Certiorari GRANTED.

 Whether
 the court of appeals erred in its analysis of section
 19-1-126, C.R.S. (2021), and 25 C.F.R. section 23.107(a) and
 in concluding the Department had not exercised due diligence
 in gathering information to determine whether the child was
 an Indian child.

 Whether
 the court of appeals erred in declining to follow the
 analysis of a separate division in People in Interest of
 E.M., 2021 COA 152, 507 P.3d 113, which held that a
 parent disclosing Native American heritage through a specific
 tribe was sufficient to give a juvenile court "reason to
 know" the child is an Indian child, thus triggering
 ICWA's notice provisions.

 DENIED
 AS TO ALL OTHER ISSUES.